# IN THE SUPREME COURT OF THE STATE OF NEVADA

IAN RITCHIE, INDIVIDUALLY,

Appellant,

vs.

TRADE SHOW SERVICES, LTD., D/B/A PRO-TECT SECURITY, A NEVADA CORPORATION, D/B/A PRO-TECT SECURITY,

Respondent.

No. 76584

FILED

JUN 1 8 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a final judgment in an action to enforce a settlement agreement. Eighth Judicial District Court, Clark County; Joseph T. Bonaventure, Judge.

On April 18, 2019, this court entered an order granting the motion of appellant's counsel to withdraw and directing appellant, within 30 days, to retain new counsel and cause counsel to enter an appearance, or to inform this court in writing that he intends to proceed in pro se. Appellant was cautioned that failure to timely comply with this court's order could result in the imposition of sanctions, including dismissal of the appeal. To date appellant has failed to respond; accordingly, it appears appellant has abandoned this appeal and this court

ORDERS this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

cc: Chief Judge, The Eighth Judicial District Court
Hon. Joseph T. Bonaventure, Senior Judge
M. Nelson Segel, Settlement Judge
Ian Ritchie
Kravitz, Schnitzer & Johnson, Chtd.
Eighth District Court Clerk